COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-374-CV

IN RE WENDELL S. MCCALL RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

 The court has considered relator’s petition for writ of mandamus.  Because relator has an adequate remedy by appeal, the court is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A:  DAUPHINOT, J., CAYCE, C.J.; and GARDNER, J.

DELIVERED:  November 6, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.